**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :        21-CR-00252 (OTW)
                                                           :
          -against-                                        :        **ORDER**
                                                           :
                                                           :
MUNIRU IDDRISSU,                                           :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Centers for Disease Control ("CDC") and the World Health Organization have advised people to take precautions regarding the Covid-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-mc-155; CDC, *About Variants of the Virus that Causes COVID-19*, https://www.cdc.gov/coronavirus/2019-ncov/variants/variant.html (July 29, 2021) (identifying Delta as a variant that "spread[s] more easily and quickly than other variants"); CDC, *SARS-CoV-2 Variant Classifications and Definitions*, https://www.cdc.gov/coronavirus/2019-ncov/variants/variant-info.html (Aug. 3, 2021) (identifying the Delta variant as one of "concern" that is circulating in the United States).

In light of the rising number of Delta variant COVID-19 cases and Mr. Iddrissu's advanced age (and therefore, increased risk of severe illness from COVID-19), this Court adjourns Mr. Iddrissu's in-person sentencing proceeding on August 24, 2021 at 11:00 a.m. *See* CDC, *COVID-19 Vaccine Breakthrough Case Investigation and Reporting*, https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html (last visited Aug. 3, 2021) (showing that people aged 65 and older account for 74% of hospitalized or

fatal vaccine breakthrough cases). The August 24, 2021 sentencing proceeding shall be converted to a telephonic status conference. The dial in information is (866) 390-1828, access code 158-2687.

**SO ORDERED.**

Dated: August 4, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge