UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
UNITED STATES OF AMERICA,
:
:
: 21-CR-00252 (OTW)
:
-against-        : **ORDER**
:
:
MUNIRU IDDRISSU,
:
:
Defendant.      :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to submit supplemental briefing as directed at the August 24, 2021 conference. Defendant's submission is due September 15, 2021, and the Government's reply, if any, is due September 22, 2021.

Defendant's sentencing is hereby rescheduled for **October 14, 2021 at 10:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

Dated: September 7, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge