# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 10, 2023

**By Email**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Muniru Iddrissu**
      **21 Cr. 252 (OTW)**

Dear Judge Wang:

    I write on behalf of my client, Mr. Muniru Iddrissu, to respectfully request that this Court order the U.S. Pretrial Services Department for the Southern District of New York to return Mr. Iddrissu's passport to him or to a representative from my office. He surrendered his passport as a condition of pretrial release and completed his term of supervised release on July 20, 2022 (Docket at 5 and 28). Pretrial Services requires an order of this Court to return the passport.

Sincerely,

/s/ Amy Gallicchio, Esq.
Asst. Federal Defender
Tel.: (212) 417-8728

SO ORDERED:

Hon. Ona T. Wang
U.S. Magistrate Judge

Feb 10, 2023

CC:   AUSA Kaylan Lasky, Esq. (by Email)